**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-CV-948-SEB-DML |
| ) | |
| CUSTOM CRAFTSMEN HOMES ) | |
| AND REMODELING, LLC and ) | |
| BROWNSBURG BAPTIST CHURCH, ) | |
| ) | |
| Defendants. ) | |

**ACUITY, A MUTUAL INSURANCE COMPANY'S**
**MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Acuity, a Mutual Insurance Company, ("Acuity"), by and through its attorney, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) moves for voluntary dismissal of this case without prejudice and states as follows in support thereof:

1. On March 25, 2020, Acuity filed its Complaint for Declaratory Judgment naming Custom Craftsmen Homes and Remodeling, LLC ("CCHR") and Brownsburg Baptist Church ("BBC") as defendants.

2. The Complaint for Declaratory Judgment relates to an Acuity commercial general liability policy issued to CCHR which was in force from August 11, 2006 through May 24, 2016 ("Acuity Policy") and the question of whether Acuity has any obligation to defend or indemnify CCHR against the claims asserted by BBC in an underlying action entitled *Brownsburg Baptist Church v. Custom Craftsmen Homes & Remodeling, LLC,* et al. currently pending in the Hendricks Circuit Court under Cause No. 32C01-1809-PL-000136 ("the Underlying Lawsuit").

3. Acuity's Complaint for Declaratory Judgment seeks a declaration that the Underlying Lawsuit does not allege "property damage" that occurred within the effective dates

of the Acuity Policy, and that as a result, Acuity has no duty to defend or indemnify CCHR against the claims of the Underlying Lawsuit. Acuity's Complaint for Declaratory Judgment also seeks a declaration that CCHR breached the notice provisions in the Acuity Policy, and that as a result, Acuity has no duty to defend or indemnify CCHR against the claims of the Underlying Lawsuit.

4. Acuity's Complaint for Declaratory Judgment was filed before this Court based on diversity jurisdiction.

5. On April 3, 2020, this Court issued its Order to Show Cause ordering Acuity to file an amended complaint alleging a sufficient basis for diversity jurisdiction.

6. Acuity has been able to determine that the members of CCHR were citizens of Indiana at all times relevant to the issues in the underlying lawsuit and are currently citizens of Arizona.

7. However, BBC is an unincorporated association whose trustees and membership are not a matter of public record.   Despite diligent effort, Acuity has been unable to confirm the citizenship of BBC's trustees to a level sufficient to satisfy the requirements of 28 U.S.C. § 1332.

8. As a result, Acuity is unable to adequately plead diversity jurisdiction to satisfy the requirements of this Court's April 3, 2020 Order to Show Cause.

9. Neither CCHR nor BBC have filed an answer or other responsive pleading.

10. Acuity has not previously filed and dismissed any federal or state court action based on or including the same claims address in Acuity's Complaint for Declaratory Judgment.

11. Therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Acuity moves the Court to dismiss Acuity's Complaint for Declaratory Judgment without prejudice so that Acuity may refile its Complaint for Declaratory Judgment in the appropriate state court.

WHEREFORE, Plaintiff, Acuity, a Mutual Insurance Company, prays that this Honorable Court enter an Order dismissing Acuity's Complaint for Declaratory Judgment without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and for all other relief it deems just and proper under the circumstances.

Respectfully Submitted,

By: s/ Erika S. Stamper
Erika S. Stamper (Attorney No. 29070-45)
SmithAmundsen LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois  60601
(312) 894-3200
(312) 894-3210 (fax)
estamper@salawus.com