# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-CV-948-SEB-DML |
| | ) | |
| CUSTOM CRAFTSMEN HOMES | ) | |
| AND REMODELING, LLC and | ) | |
| BROWNSBURG BAPTIST CHURCH, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING ACUITY, A MUTUAL INSURANCE COMPANY'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Acuity, a Mutual Insurance Company, ("Acuity"), by counsel, moved the Court to dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  The Court, being duly advised, Grants said motion.

IT IS, THEREFORE, ORDERED that this case be dismissed without prejudice, and Acuity is permitted to refile this case in the appropriate state court.

Date: 4/21/2020

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Erika S. Stamper/estamper@salawus.com
SMITHAMUNDSEN LLC